No. 1,746.—STATE, RESPONDENT, v. ANDERSON, APPELLANT.

Appeal from District Court, Silver Bow County; John B. McClernan, Judge.

On motion to dismiss appeal.

Decided December 11, 1903.

Per Curiam.—The motion to dismiss the appeal herein is hereby sustained, and the appeal accordingly is dismissed.

*Mr. John N. Kirk,* and *Mr. E. J. Dierks,* for Appellant.

*Mr. Peter Breen,* and *Mr. James Donovan, Attorney General,* for the State.

---

No. 1,754.—DOYLE, Respondent, *v.* CITY OF BUTTE, Appellant.

*Appeal from District Court, Silver Bow County; John Lindsay, Judge.*

On motion to dismiss appeal.

Decided December 12, 1903.

Per Curiam.—The motion to dismiss the appeal herein is hereby sustained, and the appeal accordingly is dismissed.